UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ASKAR NAGIYEV,
Petitioner,
v.
WARDEN, OTAY MESA DETENTION CENTER, et al.,
Respondents.

Case No.: 26-CV-4440 JLS (DEB)

**ORDER DISMISSING PETITION**

(ECF No. 1)

Presently before the Court is Petitioner Askar Nagiyev's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Pet.," ECF No. 1) and Respondents' Return ("Ret.," ECF No. 12). Also before the Court is a supplemental document filed by Petitioner which the Court construes as a Reply (ECF No. 13).

The Court, in Petitioner's first habeas petition, ordered a bond hearing under 8 U.S.C § 1225(b) based on prolonged detention. *See Nagiyev v. Noem*, 25-CV-3744-JLS-MMP, ECF No. 13, at 5 (S.D. Cal. Jan. 26, 2026). Petitioner was given a bond hearing, which was denied based on flight risk. *Id.*, ECF No. 17. Petitioner then challenged the sufficiency of the bond hearing on constitutional grounds. *Id.* The Court denied the challenge, declining to waive the exhaustion requirement and concluding that the hearing did not violate due process. *Id.*, ECF No. 22. Petitioner filed a second habeas petition requesting

release on bond. *See Nagiyev v. Warden*, No. 26-CV-2021-JLS-GC, ECF No. 1-2. The Court denied the second petition, finding there were no new grounds for relief not raised in the prior petition. *Id.*, ECF No. 14.

Petitioner filed the present Petition contesting the bond hearing and raising prolonged detention arguments. Pet. at 9. Petitioner does not advance evidence of changed circumstances that may necessitate a second bond hearing. *See generally* Pet.; Reply. *Cf. Torre-Duran v. Blanche*, No. 26-CV-3129-JLS-MSB, 2026 WL 1998873 (S.D. Cal. July 10, 2026). Respondents oppose, stating the petition was duplicative and Petitioner has not exhausted his administrative remedies because his bond determination appeal is pending.

A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g.*, *Salas v. Att'y Gen.*, No. 23-CV-1118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023). Therefore, the Petition is **DISMISSED WITHOUT PREJUDICE**. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: October 1, 2026

Janis L. Sammartino

Hon. Janis L. Sammartino
United States District Judge